# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LLOYD ANTHONY WILLIAMS,**

    **Petitioner,**

**vs.**                                          **Case No. 4:11cv165-SPM/WCS**

**ERIC H. HOLDER, et al.,**

    **Respondents.**

    _____/

## ORDER and REPORT AND RECOMMENDATION

The *pro se* Petitioner initiated this case by filing a petition for writ of habeas corpus filed under 28 U.S.C. § 2241, doc. 1, and then an amended petition, doc. 5. Respondents filed an answer, doc. 13, to the amended petition asserting that Petitioner is not the person he claims to be and is not a native and citizen of Canada, but is in reality Kirkland Williams, a native and citizen of Jamaica, and has thwarted efforts to remove him. Doc. 13, pp. 2-3. Petitioner was directed to file a reply to the answer, doc. 14, and after review of that reply, doc. 21, I determined that an evidentiary hearing should be held to resolve the disputed facts. Counsel was appointed to represent Petitioner and the hearing set for November 3, 2011. Docs. 26, 27. On this day,

counsel has filed a notice stating that Petitioner has recently been deported and there is no need for a hearing. Doc. 30. Accordingly, the hearing is cancelled and the petition should be dismissed as moot.

Accordingly, it is **ORDERED** that the evidentiary hearing scheduled for November 3, 2011, is **CANCELLED**.

It is also **RECOMMENDED** that the amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, doc. 5, be **DISMISSED as moot** because Petitioner has already been released from detention, the relief requested in the amended petition.

**IN CHAMBERS** at Tallahassee, Florida, on November 1, 2011.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**