IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LLOYD ANTHONY WILLIAMS,

    Petitioner,

v.                                          CASE NO. 4:11cv165-SPM/WCS

ERIC H. HOLDER, et al.,

    Respondents.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated November 1, 2011 (doc. 31).  Petitioner has been deported, and thus no objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 31) is ADOPTED and incorporated by reference in this order.

    2.    The 2241 petition for writ of habeas corpus is dismissed as moot because Petitioner has already been released from detention, the relief

requested in the amended petition.

DONE AND ORDERED this 7th day of December, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge